# AMENDED SCHEDULE I— CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "spouse" must be completed in all cases filed by joint debtors and by a married debtor in a Chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| Single | NAME<br>V. V. Valcarcel Arocho | RELATIONSHIP<br>Daughter | AGE<br>11 months |
| EMPLOYMENT: | Debtor | Spouse | |
| Occupation, Name of Employer: | Delivery Independent Contractors, Drogeria Betances | | |
| How long employed: | 8 months | | |
| Address of employer: | Villa Blanca, Caguas, PR | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Pro rate if not paid monthly) | $3,378.70 | |
| | 0.00 | |
| 2. Estimated monthly overtime | 0.00 | |
| 3. SUBTOTAL | $3,378.70 | |
| 4. LESS PAYROLL DEDUCTIONS | 0.00 | |
| a. Payroll taxes and Social Security | 112.00 | |
| b. Insurance | 0.00 | |
| c. Union dues | 0.00 | |
| d. Other (Specify) 7% Retainer on Professional Services | 236.09 | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $348.09 | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $3,030.61 | |
| 7. Regular income from operation of business/profession/farm (attach statement) | 0.00 | |
| 8. Income from house in Urb. Caguas Norte | $550.00 | |
| 9. Income from | 0.00 | |
| 10. Alimony, maintenance, or support payments payable to the debtor for the debtor's use or that of the dependents listed above | 0.00 | |
| 11. Social security or other governmental assistance Specify: | 0.00 | |
| 12. Pension or retirement income: | 0.00 | |
| 13. Other monthly income (Specify): | 0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $550.00 | |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $3,580.61 | |
| 16. TOTAL COMBINED MONTHLY INCOME | $3,580.61 | (Report also on Summary of Schedules) |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.

I swear under penalty in perjury that the information contained in this Amended Schedule I is correct.

3/30/10 [signature]