IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PU ERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 09-08451 (SEK) |
| Luis A. Valcarcel Figueroa | * | Chapter 13 |
| Debtor | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST TO CONVERT TO A CHAPTER 7

To The Honorable Court:

Comes now debtor Luis A. Valcarcel Figueroa, represented by the undersigned attorney and very respectfully states, alleges and prays:

1. Debtor whishes to convert this case to chapter 7 as per 11 USC 706. This case has not been converted previously.

2. As per bankruptcy rule 2002 a copy of this notice was mailed to the following creditors;

   a.   all creditors as per the master address list

Wherefore debtor requests that this Court orders the conversion of this case to a chapter 7.

I certify that on this date I presented the foregoing to the Clerk of the Bankruptcy Court for filing and upload via the ECM/CF system which will send notification to Trustee Alejandro Oliveras, Carlos G. Batista attorney for Banco Popular and the other attorneys that are members of the ECM/CF system. The other creditors were notified by the attached master address list.

In Carolina, Puerto Rico, this Thursday, May 20, 2010.

                                                  <u>s/Pablo E. Garcia Pérez</u>
                                                  PABLO E. GARCIA PEREZ
                                                  USDC 207705
                                                  Ave. Roberto Clemente, Bloque 24 #58
                                                  Villa Carolina
                                                  Carolina, PR  00985
                                                  Tel/Fax:  (787) 276-2750
                                                  E-Mail:  <u>abogado00985@yahoo.com</u>