# AMENDED SCHEDULE C— PROPERTY CLAIMED AS EXEMPT

Debtor(s) elect(s) the exemption to which the debtor(s) is entitled under:

Check one box:
[ ] 11 U.S.C. §522(b)(2)
[ ] 11 U.S.C. §522(b)(3)

[ ] Check if debtor claims a homestead exemption that exceeds $125,000.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Property located at Calle Nebraska S-9, Caguas Norte, Caguas, PR. 3 bedrooms and 1 ½ bathrooms. | 11 USC 522 D (1)<br>11USC 522 D (5) | 20,200.00<br>1,075.00 | $160,000.00 |
| Bed, TV, Stereo, Dinning Room, Furniture, etc. | 11 USC 522 (d)(3) | 8,000.00 | 8,000.00 |
| Wearing Apparel. | 11 USC 522 (d)(3) | 1,000.00 | 1,000.00 |
| Small Jewelry | 11 USC 522 (d)(4) | 1,000.00 | 1,000.00 |
| Photography Equipment | 11 USC 522 (d)(6) | 1,939.00 | 1,939.00 |

I swear under penalty in perjury that the information contained in this Amended Schedule C is correct.

*[signature]* 6/4/16