## AMENDED SCHEDULE J— CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.
Prorate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

[ ] Check this box if a joint petition is filed and the debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "spouse."

| | | |
|---|---|---|
| 1. Rent, home mortgage, or mobile-home lot rent | Are real estate taxes included? Yes ___ No ___ <br> Is property insurance included? Yes ___ No ___ | $960.00 |
| 2. Utilities   Electricity and heating fuel | | 150.00 |
| a. Water and sewer | | 40.00 |
| b. Telephone | | 0.00 |
| c. Other: Cellular Phone | | 60.00 |
| 3. Home Maintenance (repairs and upkeep) | | 90.00 |
| 4. Food | | 290.00 |
| 5. Clothing | | 90.00 |
| 6. Laundry, dry cleaning | | 60.00 |
| 7. Medical and dental expenses | | 125.00 |
| 8. Gasoline | | 600.00 |
| 9. Recreation, clubs, entertainment, newspapers, magazines | | 50.00 |
| 10. Charitable contributions | | 0.00 |
| 11. Insurance (not deducted from wages or inc. in mortgage pmt)   Homeowner's or renter's | | 0.00 |
| a. Homeowner's or renter's | | 0.00 |
| b. Life | | 0.00 |
| c. Health | | 0.00 |
| d. Auto | | 0.00 |
| e. Other insurance: ACAA & Compulsory Insurance | | 18.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) Specify: | | 0.00 |
| 13. Installment payments (in Chapters 11, 12 and 13, do not list payments to be included in the plan) | | 0.00 |
| a. Auto payment: | | 0.00 |
| b. Other:   Toll payments | | 250.00 |
| 14. Alimony, maintenance, and support paid to others | | 500.00 |
| 15. Payments for support of additional dependents not living at the debtor's home | | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | 0.00 |
| 17. Other: Barber Shop | | 20.00 |
| 18. TOTAL MONTHLY EXPENSES (report also on Summary of Schedules) | | $3,303.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of the petition.

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Total monthly income from Line 16 of Schedule I | $3,580.61 |
| b. Total monthly expenses from Line 18 above | $ 3,303.00 |
| c. Monthly net income ( a minus b ) | $277.61 |

I swear under penalty in perjury that the information contained in this Amended Schedule J is correct.

x [signature]   6/4/10