# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| *In re:*<br><br>LUIS A VALCARCEL FIGUEROA<br><br>xxx–xx–5444<br><br>Debtor(s) | Case No. 09–08451–SEK7 SEK<br><br>Chapter 7<br><br><br>FILED & ENTERED ON<br>9/1/10 |

## NOTICE OF INTENT TO CLOSE CHAPTER 7 BANKRUPTCY CASE WITHOUT ENTRY OF DISCHARGE DUE TO FAILURE OF DEBTOR TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE

Pursuant to FRBP 1007(b)(7), the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) was due within forty–five (45) days after the date first set for the meeting of creditors in a chapter 7 case. This forty–five (45) day deadline expired on 08/20/2010 , without the debtor having filed Official Form 23 with the court.

Please take notice that this bankruptcy case will be closed without entry of the discharge unless the Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management is filed within fourteen (14) days of this notice, no later than Wednesday, September 15, 2010, unless the debtor certifies that no personal financial management course is required because of: Incapacity or disablity, as defined in 11 USC §109(h); Active military duty in a military combat zone; or Residence in a district in which the United States trustee ( *or bankruptcy administrator* ) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses. Once closed, the debtor will be required to pay a re–opening fee in order to later file the required certificate and seek the issuance of a discharge order.

San Juan, Puerto Rico, ***The 1st of September, 2010.***

                                                  ***CELESTINO MATTA–MENDEZ***
                                                  Clerk of the Court

                                                  By: ***CARLOS APONTE REYES***
                                                  Deputy Clerk

       c:  debtor
           debtor's attorney
           trustee