IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | * | CASE NO.: 09-08451 (SEK) |
|---|---|---|
| | * | |
| Luis A. Valcarcel | * | Chapter 7 |
| Debtor (s) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Motion Informing Filing Amended Schedule

To The Honorable Court:

Comes now debtor represented by the undersigned attorney and very respectfully states, alleges and prays;

1. As per rule 1009 debtor is filing an amended schedule F, including a debt owed to Jessica Osorio. The amended schedule is notified to Jesicca Osorio's attorney Miguel A. Caceres Colon.

Wherefore debtor requests that this Court be informed on the filing of the amended schedule F.

I certify that on this date I presented the foregoing to the Clerk of the Bankruptcy Court for filing and upload via the ECM/CF system which will send notification to Trustee Noreen Wiscovitch and to U.S Trustee Mosita Lecaroz by ordinary mail to atty. Miguel A. Caceres PO box 1108 Saint Just, P.R. 00978-1108.

In Carolina, P.R. this Wednesday, July 13, 2011.

    s/Pablo E. Garcia Perez
    PABLO E. GARCIA PEREZ
    USDC 207705
    Ave. Roberto Clemente, Bloque 24 #58
    Villa Carolina
    Carolina, PR 00985
    Tel/Fax: (787) 276-2750
    E-Mail: